**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

ANDREW DOMINIQUE ROBINSON,
ADC #652013                                                                            PLAINTIFF

V.                                    5:16CV00151 SWW/JTR

RANDY WATSON, Head Warden,
Varner Super Max Unit, ADC, et al.                                     DEFENDANTS

**ORDER**

The Court has reviewed the Recommendation submitted by United States Magistrate Judge

J. Thomas Ray.  No objections have been filed. After careful review, the Recommendation is

approved and adopted in its entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that:

1.      Defendants' Motion for Partial Summary Judgment (Doc. 18) is GRANTED.

2.      All claims against Watson are DISMISSED, WITH PREJUDICE.

3.      Robinson may PROCEED with the specific conditions of  confinement claims he

raised against Jackson, Malone, and Richardson in grievance VSM 15-481, and that all other claims

against them are DISMISSED, WITHOUT PREJUDICE.

Dated this 17th day of February, 2017.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE