UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

ANDREW DOMINIQUE ROBINSON,
ADC #652013                                                                                    PLAINTIFF

V.                              5:16CV00151 SWW/JTR

MOSES JACKSON, Deputy Warden,
Varner Super Max Unit, ADC, et al.                                                    DEFENDANTS

## JUDGMENT

Consistent with the Order that was entered separately today, this case is dismissed without prejudice, and it is certified pursuant to 28 U.S.C. § 1915(a)(3) that an *in forma pauperis* appeal from this Judgment would not be taken in good faith.

Dated this 25th day of October, 2017.

      /s/Susan Webber Wright
    UNITED STATES DISTRICT JUDGE